IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RON DECESARE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICARE IN HOME NURSING, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:05cv0696 (JCC/JFA) |

## ORDER

On Friday, March 25, 2011, counsel for the parties appeared before the Court on the Motion to Withdraw from the Case filed by relator's counsel Zachary A. Kitts and the law firm of Cook Kitts & Francuzenko, PLLC. (Docket no. 114) ("Motion to Withdraw"). Upon consideration of the motion, the opposition filed by relator's counsel James P. Hodges on his own behalf and on behalf of the relator (Docket no. 116), and the arguments of relator's counsel presented *in camera*, it is hereby

ORDERED that the Motion to Withdraw is taken under advisement.

Entered this 25th day of March, 2011.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia