IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* RON DECESARE, *et al.*, <br>           Plaintiffs, <br> v. <br> AMERICARE IN HOME NURSING, *et al.*, <br>           Defendants. | Civil Action No. 1:05cv0696 (JCC/JFA) <br><br> FILED <br> JUL 1 8 2011 <br> CLERK, U.S. DISTRICT COURT <br> ALEXANDRIA, VIRGINIA |

## ORDER

Following an involved settlement conference and follow-up conferences with the undersigned, a settlement of this matter was agreed to by the relator and defendants in early April, 2011. On April 8, 2011, all litigation related deadlines were stayed pending the preparation, approval and presentation of a stipulated order of dismissal. (Docket no. 123). Pursuant to this Court's Order of May 19, 2011, the parties have provided weekly letters to the undersigned apprising the Court of the status of the efforts to obtain final approval of the settlement in this matter. (Docket no. 124). On June 2, 2011, the relator forwarded drafts of the settlement agreements to the U.S. Attorney's Office for review and approval. The U.S. Attorney's Office has indicated that it has been working with the Department of Justice, the Department of Health and Human Services, the District of Columbia and the Commonwealth of Virginia in order to obtain their views on and approval of the settlement in this matter. However, the U.S. Attorney's Office has not provided the Court with any time frame for when these approvals will be obtained.

Accordingly, it is hereby

1

ORDERED that if the necessary approvals have not been obtained and a dismissal order has not been submitted to the Court prior to August 5, 2011, then all interested parties shall appear before the undersigned through a representative with full settlement authority at 2:00 p.m. on August 5, 2011 to resolve any remaining issues.

Entered this 18th day of July, 2011.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia